UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA ROBISON f/k/a
LINDA RUESCHER,

    Plaintiff,

v.                          CASE NO: 8:09-cv-1705-T-26MAP

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Remand (Dkt. 13) is granted. This case is remanded to Defendant for further administrative proceedings outlined in the motion. The Clerk is directed to close this case during the period of the remand.

**DONE AND ORDERED** at Tampa, Florida, on November 23, 2009.

                      s/*Richard A. Lazzara*
                      **RICHARD A. LAZZARA**
                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record